UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 24 2010
Clerk, U.S. District and
Bankruptcy Courts

DEMETRIC GRAY PEARSON, :
:
Plaintiff, :
:
v. : Civil Action No. **10 0289**
:
THE UNITED STATES, :
:
Defendant. :

## MEMORANDUM OPINION

This matter comes before the Court on plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application, and dismiss the complaint.

Plaintiff claims ownership of certain real property in the District of Columbia, and it appears that a "disgruntle[d] heir" has challenged the matter in the Superior Court of the District of Columbia, Probate Division. Compl. ¶ 1. It appears that the ongoing probate matter prevents plaintiff from collecting rent. *See id.* He demands an order directing the Superior Court "to release his funds and property[.]" *Id.* ¶ 2.

Because this federal district court has no authority to review the decisions of the Superior Court, *see Fleming v. United States*, 847 F.Supp. 170, 172 (D.D.C. 1994) (applying *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983)), *aff'd*, 1994 WL 474995 (D.C. Cir. July 27, 1994) (per curiam), *cert. denied*, 513 U.S. 1150 (1995), or to otherwise interfere with ongoing Superior Court proceedings, the court will dismiss the complaint for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion will be issued separately on this date.

DATE: 2/7/2010

United States District Judge